Kenny v. Jones.

---

## Mary Kenny
### v.
## Thomas H. Jones and Margaret Jones.

*Appeals—Bond—Practice.*

Failure to appeal and file a bond within five days from the rendition of the judgment is fatal in an action of forcible entry and detainer. The time within which a bond should be filed can not be extended.

[Opinion filed February 10, 1891.]

APPEAL from the Superior Court of Cook County; the Hon. EGBERT JAMIESON, Judge, presiding.

Mr. BENJAMIN F. RICHOLSON, for appellant.

Messrs. EASTMAN & SCHUMACHER, for appellees.

WATERMAN, J.   Judgment was rendered in this cause, it being an action for forcible detainer, on the 19th day of June, 1890.   On the 23d of June  defendants prayed an appeal, but no bond was filed until the 27th of that month.   This was not a compliance with  the statute permitting appeals in such cases.

The statute permits an appeal, "provided the appeal is prayed and bond is filed within five days from the rendition of the judgment."   Starr & C. Ill. Stats., 1183.

The court had no power to extend the time within which a bond could be filed.

The motion to dismiss the appeal will therefore be granted.
                                    *Appeal dismissed.*